IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/27/2009

| | |
|---|---|
| IN RE: § <br> § <br> MPF HOLDING US LLC, *et al.*, § <br> § <br> DEBTORS. § <br> § <br> § | CASE NO. 08-36084 <br><br> (Chapter 11) <br> (Jointly Administered) |

## ORDER GRANTING DEBTORS' EMERGENCY MOTION TO EXTEND THEIR EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE

Upon consideration of *Debtors' Third Motion to Extend Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121(d) of the Bankruptcy Code* (the "Motion") filed by MPF Holding US LLC, MPF Corp. Ltd., and MPF-01 as debtors and debtors-in-possession (the "Debtors"), for entry of an order extending the Debtors' exclusive periods to propose and file a chapter 11 plan (the "Exclusive Filing Period") and solicit acceptances thereof (the "Exclusive Solicitation Period" and together with the Exclusive Filing Period, the "Exclusive Periods"), and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due notice of the Motion having been provided; and it appearing that no other notice need be provided; and it appearing that granting the relief is in the best interests of the Debtors, their estates and creditors; and any objections to the Motion having been resolved, withdrawn or otherwise overruled by this Order; and after due deliberation, and sufficient cause appearing therefore, it is hereby

ORDERED that the relief requested in the Motion is granted to the extent set forth herein; and it is further

ORDERED that pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive Filing Period is extended through and including **August 31, 2009** and it is further

ORDERED that pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive Solicitation Period is extended through and including **October 31, 2009** and it is further

ORDERED that this Order shall be without prejudice to the Debtors' right to seek additional extensions of the Exclusive Periods.

SIGNED this 27th day of May 2009

THE HONORABLE JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

Respectfully submitted by:

D. Bobbitt Noel, Jr., SBT # 15056500
Harry A. Perrin, SBT # 15796800
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Tel: 713.758.2548
Fax: 713.615.5016
Email: bnoel@velaw.com; hperrin@velaw.com

-and-

Courtney S. Lauer, SBT# 24043771
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel: 214.220.7700
Fax: 214.220.7716
Email: clauer@velaw.com

**ATTORNEYS FOR THE DEBTORS**

Houston 3999684v.1