**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

CASE NAME: MPF Holding US LLC
CASE NUMBER: 08-36084
PROPOSED PLAN DATE: unknown

PETITION DATE: 24-Sep-08
DISTRICT OF TEXAS: Southern District
DIVISION: Houston

## MONTHLY OPERATING REPORT SUMMARY FOR MARCH 2010

| MONTH | | October | November | December | January | February | March | April | May | June | July | August |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -405,842.70 | -16,318.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | | -18,647.10 | -15,288.64 | -4,016,265.84 | -16,090.02 | -14,668.69 | -16,706.48 | -16,689.55 | -17,056.58 | -17,000.85 | -34,020.82 | -17,534.76 |
| PAYMENTS TO INSIDERS (MOR-9) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 381,539.70 | 0.00 | 15.00 | 381,539.70 | 0.00 |

\*\*\*The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee\*\*\*

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. DATE | | CIRCLE ONE |
|---|---|---|---|
| | | Are all accounts receivable being collected within terms? | Yes  No  N/A |
| | | Are all post-petition liabilities, including taxes, being paid within terms? | Yes  No |
| | | Have any pre-petition liabilities been paid? | Yes  No |
| MARINE            YES (X) NO ( ) | 9-23-2010 | If so, describe | |
| LIABILITY Combined public and employees YES (X) NO ( ) | 05-12-2010 | Are all funds received being deposited into DIP bank accounts? | Yes  No  N/A |
| | | Were any assets disposed of outside the normal course of business? | Yes  No |
| | | If so, describe | |
| | | Are all U.S. Trustee Quarterly Fee Payments current? | Yes  No |
| | | What is the status of your Plan of Reorganization? Ongoing sale process. | |

ATTORNEY NAME: Bobbitt Noel
FIRM NAME: Vinson & Elkins LLP
ADDRESS: First City Tower, 1001 Fannin Street
Suite 2500
CITY, STATE, ZIP: Houston, Tx 77002
TELEPHONE/FAX: +1 713 758 2084

**MOR-1**

I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR), consisting of MOR-1 through
MOR-9 plus attachments, is true and correct.

SIGNED X _____  TITLE: AUTHORISED SIGNATORY

R. DONALD
(PRINT NAME OF SIGNATORY)      (ORIGINAL SIGNATURE)

19 April 2010
DATE    Revised 07/01/98

*MOR-1*

CASE NAME:     MPF Holding US LLC
CASE NUMBER:   08-36084
PROPOSED PLAN DATE:   unknown

### MONTHLY OPERATING REPORT SUMMARY FOR MARCH 2010

| MONTH | | September | October | November | December | January | February | March |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | | -8,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | -381,524.70 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | | -25,127.07 | -17,857.00 | 284,189.62 | -18,187.79 | -18,357.71 | -398,164.31 | -18,621.78 |
| PAYMENTS TO INSIDERS (MOR-9) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

***The origin

| REQUIRED INSURANCE MAINTAINED | | |
|---|---|---|
| *AS OF SIGNATURE DATE* | | *EXP. DATE* |
| MARINE | YES (X) NO ( ) | 9-23-2010 |
| LIABILITY Combined public and employees YES (X) NO ( ) | | 05-12-2010 |

ATTORNEY NAME:   Bobbitt Noel
FIRM NAME:       Vinson & Elkins LLP
ADDRESS:         First City Tower, 1001 Fannin Street
                 Suite 2500
CITY, STATE, ZIP:  Houston, Tx 77002
TELEPHONE/FAX:   +1 713 758 2084

*MOR-1*

CASE NAME:  MPF Holding US LLC
CASE NUMBER: 08-36084

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| | 9/24/2008 | October | November | December | January | February | March |
| **CURRENT ASSETS** | | | | | | | |
| Cash | 1,199.06 | 1,200.01 | 1,200.01 | 1,200.26 | 1,200.26 | 1,200.26 | 1,200.26 |
| Accounts Receivable, Net | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 0** | 0** | 0** | 0** |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 4,001,199.06 | 4,001,200.01 | 4,001,200.01 | 1,200.26 | 1,200.26 | 1,200.26 | 1,200.26 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Credit | 81,238.00 | 81,238.00 | 81,238.00 | 81,238.00 | 81,238.00 | 81,238.00 | 81,238.00 |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| TOTAL ASSETS | $4,082,437.06 | $4,082,438.01 | $4,082,438.01 | $82,438.26 | $82,438.26 | $82,438.26 | $82,438.26 |

\* Per Schedules and Statement of Affairs

**MOR-2**

\*\* Valuation of investment in MPF Operating Company LLC is under investigation as to the validity and timing of valuation.

CASE NAME:  MPF Holding US LLC
CASE NUMBER: 08-36084

## COMPARATIVE BALANCE SHEETS

| ASSETS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | April | May | June | July | August | September | October | November | December | January | February | March |
| **CURRENT ASSETS** | | | | | | | | | | | | |
| Cash | 1,200.26 | 1,200.26 | 1,185.26 | 1,185.26 | 1,185.26 | 1,185.26 | 82,424.46 | 384,057.26 | 384,057.26 | 384,057.26 | 2,629.01 | 2,692.80 |
| Accounts Receivable, Net | | | | | | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | | | | | | |
| Prepaid Expenses | | | | | | | | | | | | |
| Investments | 0** | 0** | 0** | 0** | 0** | 0** | 0** | 0** | 0** | 0** | 0** | 0** |
| Other | | | | | | | | | | | | |
| TOTAL CURRENT ASSETS | 1,200.26 | 1,200.26 | 1,185.26 | 1,185.26 | 1,185.26 | 1,185.26 | 82,424.46 | 384,057.26 | 384,057.26 | 384,057.26 | 2,629.01 | 2,692.80 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | | | | | | |
| Less Accumulated Depreciation | | | | | | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | | | | | | |
| 1. Tax Credit | 81,238.00 | 81,238.00 | 81,238.00 | 81,238.00 | 81,238.00 | 81,238.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Investments in Subsidiaries | | | | | | | | | | | | |
| 3. Electric Deposit | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| TOTAL ASSETS | $82,438.26 | $82,438.26 | $82,423.26 | $82,423.26 | $82,423.26 | $82,423.26 | $82,424.46 | $384,057.26 | $384,057.26 | $384,057.26 | $2,629.01 | $2,692.80 |

MOR-2                                   Revised 07/01/98

CASE NAME: MPF Holding US LLC
CASE NUMBER: 08-36084

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 9/24/2008 | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 18,648.05 | 33,936.69 | 50,202.78 | 66,292.80 | 80,961.49 | 97,667.97 | 114,357.62 | 131,414.20 | 148,400.05 | 182,420.87 |
| PRE-PETITION LIABILITIES | | | | | | | | | | | |
| Notes Payable - Secured | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 |
| Priority Debt | | | | | | | | | | | |
| Federal Income Tax | 304,000.00 | 304,000.00 | 304,000.00 | 304,000** | 304,000** | 304,000** | 304,000** | 304,000** | 304,000** | 304,000** | 304,000** |
| FICA/Withholding/Franchise Tax | 11,554.00 | 11,554.00 | 11,554.00 | 11,554.00 | 11,554.00 | 11,554.00 | 11,554.00 | 11,554.00 | 11,554.00 | 11,554.00 | 11,554.00 |
| Unsecured Debt | 1,673,333.52 | 1,673,333.52 | 1,673,333.52 | 1,673,333.52 | 1,673,333.52 | 1,673,333.52 | 1,673,333.52 | 1,673,333.52 | 1,673,333.52 | 1,673,333.52 | 1,673,333.52 |
| Other | | | | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 5,988,887.52 | 5,988,887.52 | 5,988,887.52 | 5,988,887.52 | 5,988,887.52 | 5,988,887.52 | 5,988,887.52 | 5,988,887.52 | 5,988,887.52 | 5,988,887.52 | 5,988,887.52 |
| **TOTAL LIABILITIES** | 5,988,887.52 | 6,007,535.57 | 6,022,824.21 | 6,039,090.30 | 6,055,180.32 | 6,069,849.01 | 6,086,555.49 | 6,103,245.14 | 6,120,301.72 | 6,137,287.57 | 6,171,308.39 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | | | | |
| PREFERRED STOCK | | | | | | | | | | | |
| COMMON STOCK | 1,100,000.00 | 1,100,000.00 | 1,100,000.00 | 1,100,000.00 | 1,100,000.00 | 1,100,000.00 | 1,100,000.00 | 1,100,000.00 | 1,100,000.00 | 1,100,000.00 | 1,100,000.00 |
| ADDITIONAL PAID-IN CAPITAL | -4,000,000.00 | -4,000,000.00 | -4,000,000.00 | -4,000,000.00 | -4,000,000.00 | -4,000,000.00 | -4,000,000.00 | -4,000,000.00 | -4,000,000.00 | -4,000,000.00 | -4,000,000.00 |
| RETAINED EARNINGS: Filing Date | 993,549.54 | 993,549.54 | 993,549.54 | 993,549.54 | 993,549.54 | 993,549.54 | 993,549.54 | 993,549.54 | 993,549.54 | 993,549.54 | 993,549.54 |
| RETAINED EARNINGS: Post Filing Date | | -18,647.10 | -33,935.74 | -4,050,201.58 | -4,066,291.60 | -4,080,960.29 | -4,097,666.77 | -4,114,356.42 | -4,131,413.00 | -4,148,413.85 | -4,182,434.67 |
| TOTAL OWNER'S EQUITY (NET WORTH) | -1,906,450.46 | -1,925,097.56 | -1,940,386.20 | -5,956,652.04 | -5,972,742.06 | -5,987,410.75 | -6,004,117.23 | -6,020,806.88 | -6,037,863.46 | -6,054,864.31 | -6,088,885.13 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $4,082,437.06 | $4,082,438.01 | $4,082,438.01 | $82,438.26 | $82,438.26 | $82,438.26 | $82,438.26 | $82,438.26 | $82,438.26 | $82,423.26 | $82,423.26 |

* Per Schedules and Statement of Affairs

MOR-3

*Revised 07/01/99*

** Federal income has been recovered and no income tax is payable.

CASE NAME:  MPF Holding US LLC
CASE NUMBER: 08-36084

| LIABILITIES & OWNER'S EQUITY | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March |
|---|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 199,955.63 | 225,082.70 | 242,940.68 | 260,384.06 | 278,571.85 | 296,929.56 | 313,665.62 | 332,351.19 |
| PRE-PETITION LIABILITIES | | | | | | | | |
| Notes Payable - Secured | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 | 4,000,000.00 |
| Priority Debt | | | | | | | | |
| Federal Income Tax | 304,000** | 304,000** | 304,000** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FICA/Withholding/Franchise Tax | 11,554.00 | 11,554.00 | 11,554.00 | 11,554.00 | 11,554.00 | 11,554.00 | 11,554.00 | 11,554.00 |
| Unsecured Debt | 1,673,333.52 | 1,673,333.52 | 1,673,333.52 | 1,673,333.52 | 1,673,333.52 | 1,673,333.52 | 1,673,333.52 | 1,673,333.52 |
| Other | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 5,988,887.52 | 5,988,887.52 | 5,988,887.52 | 5,684,887.52 | 5,684,887.52 | 5,684,887.52 | 5,684,887.52 | 5,684,887.52 |
| TOTAL LIABILITIES | 6,188,843.15 | 6,213,970.22 | 6,231,828.20 | 5,945,271.58 | 5,963,459.37 | 5,981,817.08 | 5,998,553.14 | 6,017,238.71 |
| OWNER'S EQUITY (DEFICIT) | | | | | | | | |
| PREFERRED STOCK | | | | | | | | |
| COMMON STOCK | 1,100,000.00 | 1,100,000.00 | 1,100,000.00 | 1,100,000.00 | 1,100,000.00 | 1,100,000.00 | 1,100,000.00 | 1,100,000.00 |
| ADDITIONAL PAID-IN CAPITAL | -4,000,000.00 | -4,000,000.00 | -4,000,000.00 | -4,000,000.00 | -4,000,000.00 | -4,000,000.00 | -4,000,000.00 | -4,000,000.00 |
| RETAINED EARNINGS: Filing Date | 993,549.54 | 993,549.54 | 993,549.54 | 1,297,549.54 | 1,297,549.54 | 1,297,549.54 | 1,297,549.54 | 1,297,549.54 |
| RETAINED EARNINGS: Post Filing Date | -4,199,969.43 | -4,225,096.50 | -4,242,953.50 | -3,958,763.86 | -3,976,951.65 | -3,995,309.36 | -4,393,473.67 | -4,412,095.45 |
| TOTAL OWNER'S EQUITY (NET WORTH) | -6,106,419.89 | -6,131,546.96 | -6,149,403.96 | -5,561,214.32 | -5,579,402.11 | -5,597,759.82 | -5,995,924.13 | -6,014,545.91 |
| TOTAL LIABILITIES & OWNERS EQUITY | $82,423.26 | $82,423.26 | $82,424.24 | $384,057.26 | $384,057.26 | $384,057.26 | $2,629.01 | $2,692.80 |

MOR-3

CASE NAME:  MPF Holding US LLC
CASE NUMBER:  08-36084

### SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July |
|---|---|---|---|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | | | | | |
| TAX PAYABLE | | | | | | | | | | |
| Federal Payroll Taxes | | | | | | | | | | |
| State Payroll Taxes | | | | | | | | | | |
| Ad Valorem Taxes | | | | | | | | | | |
| Other Taxes | | | | | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | | | | | |
| ACCRUED INTEREST PAYABLE | 18,648.05 | 33,936.69 | 49,877.78 | 65,967.80 | 80,636.49 | 97,013.87 | 113,372.06 | 130,428.64 | 147,089.49 | 164,461.65 |
| ACCRUED PROFESSIONAL FEES* | | | | | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | | | | | |
| 1. Due to MPF Corp. Ltd | | | 325.00 | 325.00 | 325.00 | 654.10 | 985.56 | 985.56 | 985.56 | 17,959.22 |
| 2. Trustee Fees | | | | | | | | | 325.00 | |
| 3. Reflecting costs incurred by MPF Corp | | | | | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $18,648.05 | $33,936.69 | $50,202.78 | $66,292.80 | $80,961.49 | $97,667.97 | $114,357.62 | $131,414.20 | $148,400.05 | $182,420.87 |

*Payment requires Court Approval

MOR-4

*Revised 07/01/98*

CASE NAME:   MPF Holding US LLC
CASE NUMBER:   08-36084

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March |
|---|---|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | | | |
| TAX PAYABLE | | | | | | | | |
| Federal Payroll Taxes | | | | | | | | |
| State Payroll Taxes | | | | | | | | |
| Ad Valorem Taxes | | | | | | | | |
| Other Taxes | | | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | | | |
| ACCRUED INTEREST PAYABLE | 181,996.41 | 199,123.48 | 216,981.46 | 234,424.84 | 252,612.63 | 270,970.34 | 287,706.40 | 306,391.97 |
| ACCRUED PROFESSIONAL FEES* | | | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | | | |
| 1. Due to MPF Corp. Ltd | 17,959.22 | 25,959.22 | 25,959.22 | 25,959.22 | 25,959.22 | 25,959.22 | 407,483.92 | 407,483.92 |
| 2. Trustee Fees | | | | | | | | |
| 3. Reflecting costs incurred by MPF Corp | | | | | | | | -381,524.70 | -381,524.70 |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $199,955.63 | $225,082.70 | $242,940.68 | $260,384.06 | $278,571.85 | $296,929.56 | $313,665.62 | $332,351.19 |

*Payment requires Court Approval
MOR-4

**CASE NAME:** MPF Holding US LLC

**CASE NUMBER:** 08-36084

**AGING OF POST-PETITION LIABILITIES**

MONTH        March

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | TRUSTEE FEE OTHER TAXES | ACCRUED INTEREST |
|---|---|---|---|---|---|---|
| 0-30 | 18,685.57 | 0 | | | | 18,685.57 |
| 31-60 | 398,260.76 | 381,524.70 | | | | 16,736.06 |
| 61-90 | 18,357.71 | 0 | | | | 18,357.71 |
| 91+ | 278,571.85 | 25,959.22 | | | | 252,612.63 |
| TOTAL | $713,875.89 | $407,483.92 | $0.00 | $0.00 | $0.00 | $306,391.97 |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

*Revised 07/01/98*

CASE NAME: MPF Holding US LLC
CASE NUMBER: 08-36084

### STATEMENT OF INCOME (LOSS)

| | MONTH 24 Sep - 31 Oct | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | | | | | | | | | | |
| TOTAL COST OF REVENUES | | | | | | | | | | | |
| GROSS PROFIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OPERATING EXPENSES: | | | | | | | | | | | |
| Selling & Marketing | | | | | | | | | | | |
| General & Administrative | | | | | | | | | | | |
| Insiders Compensation | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | 16,318.00 | |
| Other | | | | | | | | | | | |
| Other*** | | | | | | | | | | | |
| TOTAL OPERATING EXPENSES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16,318.00 | 0.00 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -16,318.00 | 0.00 |
| INTEREST EXPENSE | 18,648.05 | 15,288.64 | 15,941.09 | 16,090.02 | 14,668.69 | 16,377.38 | 16,358.19 | 17,056.58 | 16,660.85 | 17,372.16 | 17,534.76 |
| DEPRECIATION | | | | | | | | | | | |
| OTHER (INCOME) EXPENSE* | -0.95 | | 324.75 | | | 329.10 | 331.46 | | 340.00 | 330.66 | |
| OTHER ITEMS** | | | 4,000,000.00 | | | | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | 18,647.10 | 15,288.64 | 4,016,265.84 | 16,090.02 | 14,668.69 | 16,706.48 | 16,689.65 | 17,056.58 | 17,000.85 | 17,702.82 | 17,534.76 |
| NET INCOME BEFORE TAXES | -18,647.10 | -15,288.64 | -4,016,265.84 | -16,090.02 | -14,668.69 | -16,706.48 | -16,689.65 | -17,056.58 | -17,000.85 | -34,020.82 | -17,534.76 |
| FEDERAL INCOME TAXES | | | | | | | | | | | |
| NET INCOME (LOSS) (MOR-1) | ($18,647.10) | ($15,288.64) | ($4,016,265.84) | ($16,090.02) | ($14,668.69) | ($16,706.48) | ($16,689.65) | ($17,056.58) | ($17,000.85) | ($34,020.82) | ($17,534.76) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*
*  Footnote Mandatory.
** Unusual and/or Infrequent Item(s) outside the ordinary course of business requires footnote.
**MOR-6**

**Other Income Expense:**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank charges | | | | | | | | | 15.00 | | |
| Interest Income | -0.95 | | -0.25 | | | | | | | | |
| Trustee fees | | | 325.00 | | | 329.10 | 331.46 | | 325.00 | 330.66 | |
| | -0.95 | | 324.75 | | | 329.10 | 331.46 | | 340.00 | 330.66 | |

**Other Items**
Write-down of investment in MPF Operating Company LLC    4,000,000

***
Other - Payment to MPF Corp to reflect expenses incurred by MPR Corp in relation to costs payable by MPF Holdings US LLC

CASE NAME:  MPF Holding US LLC
CASE NUMBER: 08-36084

## STATEMENT OF INCOME (LOSS)

| | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | FILING TO ~~MARCH~~ |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | | | | | | | 0.00 |
| TOTAL COST OF REVENUES | | | | | | | | 0.00 |
| GROSS PROFIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OPERATING EXPENSES: | | | | | | | | |
| Selling & Marketing | | | | | | | | 0.00 |
| General & Administrative | | | | | | | | 0.00 |
| Insiders Compensation | | | | | | | | 0.00 |
| Professional Fees | 8,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24,318.00 |
| Other | | | | | | | | 0.00 |
| Other*** | | | | | | 381,524.70 | 0.00 | 381,524.70 |
| TOTAL OPERATING EXPENSES | 8,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 381,524.70 | 0.00 | 405,842.70 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -8,000.00 | 0.00 | | | | -381,524.70 | 0.00 | -405,842.70 |
| INTEREST EXPENSE | 17,127.07 | 17,857.00 | 17,443.38 | 18,187.79 | 18,357.71 | 16,736.06 | 18,685.57 | 287,742.94 |
| DEPRECIATION | | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | -96.45 | -63.79 | 1,495.73 |
| OTHER ITEMS** | | | | | | | | 4,000,000.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 17,127.07 | 17,857.00 | 17,443.38 | 18,187.79 | 18,357.71 | 16,639.61 | 18,621.78 | 4,289,238.67 |
| NET INCOME BEFORE TAXES | -25,127.07 | -17,857.00 | -17,443.38 | -18,187.79 | -18,357.71 | -398,164.31 | -18,621.78 | -4,695,081.37 |
| FEDERAL INCOME TAXES | | | -301,633.00 | | | | | -301,633.00 |
| NET INCOME (LOSS) (MOR-1) | ($25,127.07) | ($17,857.00) | $284,189.62 | ($18,187.79) | ($18,357.71) | ($398,164.31) | ($18,621.78) | ($4,393,448.37) |

*Accrual Accounting Required, Otherwise Footnote with E.*

*  *Footnote Mandatory.*

* * *Unusual and/or infrequent item(s) outside the ordinar*

**MOR-6**                                     *Revised 07/01/98*

*Other Income Expense:
Bank charges
Interest Income
Trustee fees
                                                    1,655.02

**Other Items
Write-down of investment in MPF Operating Compar       4,000,000
***
Other - Payment to MPF Corp to reflect expenses inc

CASE NAME: MPF Holding US LLC

CASE NUMBER: 08-36084

| CASH RECEIPTS AND DISBURSEMENTS | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $1,199.06 | $1,200.01 | $1,200.01 | $1,200.26 | $1,200.26 | $1,200.26 | $1,200.26 | $1,200.26 | $1,200.26 | $1,185.26 | $1,185.26 |
| RECEIPTS: | | | | | | | | | | | |
| 2. CASH SALES | | | | | | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | | | | |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | | | | |
| 5. SALE OF ASSETS | | | | | | | | | | | |
| 6. OTHER (interest credited) | 0.95 | | 0.25 | | | | | | | | |
| TOTAL RECEIPTS** | 0.95 | 0.00 | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2 * | | | | | | | | | | | |
| DISBURSEMENTS: | | | | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | | | | |
| 8. PAYROLL TAXES PAID | | | | | | | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | | | | |
| 10. SECURED/RENTAL/LEASES | | | | | | | | | | | |
| 11. UTILITIES & TELEPHONE | | | | | | | | | | | |
| 12. INSURANCE | | | | | | | | | | | |
| 13. INVENTORY PURCHASES | | | | | | | | | | | |
| 14. VEHICLE EXPENSES | | | | | | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | | | | | |
| 17. ADMINISTRATIVE & SELLING | | | | | | | | | | | |
| 18. OTHER (bank charges)* | | | | | | | | | 15.00 | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | | | | | |
| 20. U.S. TRUSTEE FEES | | | | | | | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | | | | |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.95 | 0.00 | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -15.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $1,200.01 | $1,200.01 | $1,200.26 | $1,200.26 | $1,200.26 | $1,200.26 | $1,200.26 | $1,200.26 | $1,185.26 | $1,185.26 | $1,185.26 |

MOR-7

\* Applies to Individual debtors only

\*\*Numbers for the current month should balance (match)

RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

CASE NAME:  MPF Holding US LLC
CASE NUMBER: 08-36084

| CASH RECEIPTS AND DISBURSEMENTS | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | FILING TO MAR-10 |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $1,185.26 | $1,185.26 | $82,423.26 | $384,057.26 | $384,057.26 | $384,057.26 | $2,629.01 | $82,423.26 |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | 0.00 |
| 6. OTHER (interest credited) | | 81,238.00 | 301,634.00 | | | 96.45 | 63.79 | 382,873.20 |
| TOTAL RECEIPTS** | 0.00 | 81,238.00 | 301,634.00 | 0.00 | 0.00 | 96.45 | 63.79 | 382,873.20 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | | 0.00 |
| 18. OTHER (bank charges) | | | | | | 381,524.70 | | 381,539.70 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 381,524.70 | 0.00 | 381,539.70 |
| 19. PROFESSIONAL FEES | | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 381,524.70 | 0.00 | 381,539.70 |
| 22. NET CASH FLOW | 0.00 | 81,238.00 | 301,634.00 | 0.00 | 0.00 | -381,428.25 | 63.79 | 1,429.95 |
| 23. CASH - END OF MONTH (MOR-2) | $1,185.26 | $82,423.26 | 384,057.26 | 384,057.26 | 384,057.26 | 2,629.01 | 2,692.80 | $2,629.01 |

MOR-7

Revised 07/01/98

CASE NAME:  MPF Holding US LLC
CASE NUMBER: 08-36084

**CASH ACCOUNT RECONCILIATION**
**MONTH OF        Mar-10**

| BANK NAME | Sterling  Bank | Bank of Bermuda | | | TOTAL |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #5000174585 | #010-821312501 | | | |
| *ACCOUNT TYPE* | *OPERATING* | *JPL account of MPF Corp Ltd.* | | | *TOTAL* |
| BANK BALANCE | 2,524.90 | 167.90 | | | $2,692.80 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | | | | | $0.00 |
| ADJUSTED BANK BALANCE | $2,524.90 | $167.90 | | | $2,692.80 |
| BEGINNING CASH - PER BOOKS | 2,461.11 | 167.90 | | | $2,629.01 |
| RECEIPTS* | 63.79 | | | | $63.79 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR   CONTRIBUTION BY INDIVIDUAL        DEBTOR  MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | $0.00 |
| ENDING CASH - PER BOOKS | $2,524.90 | $167.90 | | | $2,692.80 |

**MOR-8**                    *Numbers should balance (match) TOTAL RECEIPTS and                                  *Revised 07/01/98*
                             TOTAL DISBURSEMENTS lines on MOR-7

**CASE NAME:** MPF Holding US LLC
**CASE NUMBER:** 08-36084

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.)  (Attach additional pages as necessary).

| INSIDERS: NAME/COMP  TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS  (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS    (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-9**

*Revised 07/01/98*