IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § CASE NO. 08-36084 |
| MPF HOLDING US LLC, *et al.*,[1] | § (Chapter 11) |
| | § (Jointly Administered) |
| DEBTORS | § |

### NOTICE OF EFFECTIVE DATE OF THE DEBTORS' AMENDED JOINT PLAN OF REORGANIZATION (AS MODIFIED)

**Confirmation of the Plan.** On June 14, 2010, the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court") entered an order (Dkt. No. 401 the "Confirmation Order") confirming the *Debtors' Amended Joint Plan of Reorganization (as modified)* (Dkt. No. 392, the "Plan"). Unless otherwise defined in this Notice, all capitalized terms shall have the meanings ascribed to them in the Plan.

**Effective Date of the Plan.** Pursuant to the Plan and Confirmation Order, the Effective Date of the Plan occurred on August 9, 2010. As of the Effective Date, the terms of the Plan (and all documents and agreements executed pursuant to the Plan) and the Confirmation Order (to the extent not already binding) are binding upon the Debtors and all Holders of Claims and Interests, whether or not such Claims or Interests are Impaired and whether or not the Holders of such Claims or Interests have accepted the Plan.

**Termination of Automatic Stay.** The automatic stay provided for in the Chapter 11 Cases under § 362 of the Bankruptcy Code terminated as of the Effective Date.

**The Plan and Other Documents/Questions.** You may obtain copies of the Disclosure Statement, the Plan and the Confirmation Order at the following secure link:

https://portal.velaw.com/vefileup/VEsendReceive.asp?pwd=vBRd7H200693

You may also obtain copies of the Disclosure Statement, the Plan, and the Confirmation Order by contacting Cindy Whitman, paralegal at Vinson & Elkins LLP, at the Houston address given below. All documents filed in the cases may also be viewed electronically on the PACER system at http://ecf.txsb.uscourts.gov and are on file with the Clerk of the Court, 515 Rusk Street, Suite 5300, Houston, Texas, where they are available for review between the hours of 8:00 a.m. – 5:00 p.m. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

---

[1] The Debtors are: MPF Holding US LLC ("MPF US"), MPF Corp. Ltd. ("MPF"), and MPF-01 Ltd. ("MPF-01").

US 469855v.1

Dated: August 9, 2010

                              Respectfully Submitted

**VINSON & ELKINS L.L.P.**

By:    /s/ *Courtney S. Lauer*
      Harry A. Perrin, SBT #15796800
      D. Bobbitt Noel, Jr., SBT #15056500
      Courtney S. Lauer, SBT #24043771
      Ginny A. Maslin, SBT# 24055918
      1001 Fannin Street, Suite 2500
      Houston, Texas 77002-6760
      Tel. 713.758.2912
      Fax: 713.615.5061
      Email: hperrin@velaw.com;
      bnoel@velaw.com;clauer@velaw.com

**ATTORNEYS FOR THE DEBTORS**

US 469855v.1